UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEONARD W.,

                Plaintiff,

        -v-                                    5:18-CV-993
                                              (DNH/CFH)

ANDREW SAUL, Commissioner Of Social
Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICES OF STEVEN R. DOLSON<br>Attorneys for Plaintiff<br>126 North Salina Street, Suite 3B<br>Syracuse, NY 13202 | STEVEN R. DOLSON, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>Attorneys for Defendant<br>Office of the General Counsel<br>15 Sudbury Street<br>Ste 625<br>Boston, MA 02203 | DANIEL TARABELLI, ESQ.<br>Special Ass't U.S. Attorney |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff Leonard W. filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his applications for disability insurance benefits and supplemental security income benefits. By Report-Recommendation dated February 25, 2020, the Honorable Christian F. Hummel, United States Magistrate Judge, recommended

that plaintiff's motion for remand be granted, the Commissioner's cross-motion for judgment on the pleadings be denied, and the matter be remanded for further administrative proceedings. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's motion for remand is GRANTED;

2. The Commissioner's cross-motion for judgment on the pleadings is DENIED; and

3. The matter is remanded for further administrative proceedings.

IT IS SO ORDERED.

United States District Judge

Dated: March 11, 2020
       Utica, New York.